**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARTI MORRIS,

                    *Plaintiff*,

        v.

LLOYD J. AUSTIN, III,

                    *Defendant*.

Civil Action No. 20-cv-03578 (JMC)

<u>**ORDER**</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Court **GRANTS** the Motion to Dismiss, ECF No. 14, filed by the

Defendant, the Secretary of the United States Department of Defense, and this matter is hereby

**DISMISSED** pursuant to Federal Rule 12(b)(6).

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

Date:   October 7, 2022

                                    _____

                                    JIA M. COBB
                                    United States District Court Judge